# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

NO.  2024 CW 1067

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A THE ADVOCATE

**FEBRUARY 5, 2025**

---

In Re:    Scott Sternberg and Sternberg, Naccari & White, L.L.C.,
applying for supervisory writs, 18th Judicial District
Court, Parish of Iberville, No. 79978.

---

**BEFORE:    LANIER, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

WIL
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT